UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

CIVIL ACTION NO. 1:18-CV-12111-PBS

RAOUL MARRADI,
    Plaintiff,

v.

FIORE'S BAKERY, INC. and 55 SOUTH STREET CONDO TRUST,
    Defendants.

## DEFENDANTS FIORE'S BAKERY, INC. AND 55 SOUTH STREET CONDO TRUST'S MOTION TO STAY

Now comes defendants Fiore's Bakery, Inc. and 55 South Street Condo Trust in the above captioned matter and hereby moves this Court put in place a stay on all proceedings in the above-captioned matter until 90 days runs from the plaintiff's representatives filing of their suggestion of death, November 5, 2018.

In support of the motion, defendants state that any and all negotiations have come to a halt as a representative or successor has not yet been approved/named and shall be stayed in the proceedings for the 90 days as provided by the rule and case law. See Decision by Judge Saylor in <u>Raoul Marradi v. 724 Huntington Avenue, Inc. and Brigham Circle Tr., Civil Action No. 18-11469-FDS</u> case.

12/11/18
Allowed
/s/ Patti B Saris

1

#3086382 108554.0