**UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS**

| | |
|---|---|
| Raoul Marradi | |
| Plaintiff | |
| | CIVIL ACTION |
| V. | |
| Fiore's Bakery, Inc. et al | NO. 1:18-cv-12111-PBS |
| Defendant | |

**ORDER OF DISMISSAL**

SARIS, CJ.

In accordance with Court's Order dated February 22, 2019, granting defendant's motion to dismiss ( Docket No. 9) , it is hereby ORDERED that the above-entitled action be and hereby is dismissed.

By the Court,

3/1/2019                     /s/ Miguel A. Lara
   Date                            Deputy Clerk